IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL GOGGINS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-1727 |
| | : | |
| HARRY E. WILSON, et al. | : | |

### ORDER

AND NOW, this 5th day of February, 2008, after considering the Petition for Writ of Habeas Corpus, the Response thereto, the United States Magistrate Judge Peter B. Scuderi's Report and Recommendation, and in the absence of any objections to the Report and Recommendation, it is hereby ORDERED:

1. The Report and Recommendation is approved and adopted.

2. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

3. There are no grounds to issue a certificate of appealability because the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

4. The Clerk of Court shall mark the case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.